No. 1103, Misc.  BURKS v. ILLINOIS.  C. A. 7th Cir. Certiorari denied.  Reported below: —— F. 2d ——.

No. 1128, Misc.  JORDAN v. COLORADO.  Supreme Court of Colorado.  Certiorari denied.  Petitioner pro se.  Duke W. Dunbar, Attorney General of Colorado, Frank E. Hickey, Deputy Attorney General, and John E. Bush, Assistant Attorney General, for respondent.

No. 1129, Misc.  STERLING v. COLORADO.  Supreme Court of Colorado.  Certiorari denied.  Petitioner pro se. Duke W. Dunbar, Attorney General of Colorado, Frank E. Hickey, Deputy Attorney General, and John E. Bush, Assistant Attorney General, for respondent.

No. 1133, Misc.  GILL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Julia P. Cooper for the United States.

No. 1143, Misc.  CHURCH v. GLADDEN.  Supreme Court of Oregon.  Certiorari denied.

No. 1145, Misc.  GALASCEWSKI v. MYERS, CORRECTIONAL SUPERINTENDENT.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 1209, Misc.  McINTOSH v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Robert G. Mausack for the United States.